ANDREWS v. BUILDERS AND FINANCE, INC.

No. 161 PC.

Case below: 23 N.C. App. 608.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

BROWN v. VICK

No. 134 PC.

Case below: 23 N.C. App. 404.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.

CLINE v. BROWN

No. 1 PC.

Case below: 24 N.C. App. 209.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

COMR. OF INSURANCE v. AUTOMOBILE RATE OFFICE

No. 7 PC.

Case below: 24 N.C. App. 223.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

COMR. OF INSURANCE v. AUTOMOBILE RATE OFFICE

No. 144 PC.

Case below: 23 N.C. App. 475.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.